**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 20-2101**

---

BEN POURBABAI,

        Debtor - Appellant,

    v.

JOHN P. FITZGERALD, III,

        Trustee - Appellee,

    and

JANET MARIE MEIBURGER, Chapter 7 Trustee,

        Trustee.

---

**No. 20-2121**

---

BEN POURBABAI,

        Debtor - Appellant,

    v.

KYLE E. SKOPIC,

        Creditor - Appellee.

---

**No. 20-2136**

---

BEN POURBABAI,

        Debtor - Appellant,

    v.

JOHN P. FITZGERALD, III,

        Trustee - Appellee,

    and

JANET MARIE MEIBURGER, Chapter 7 Trustee,

        Trustee.

**No. 20-2138**

BEN POURBABAI,

        Debtor - Appellant,

    v.

UNKNOWN,

        Party-in-Interest.

**No. 20-2152**

In re:  BEN POURBABAI,

        Debtor.

-----------------------------------------

BEN POURBABAI,

Debtor - Appellant,

v.

JOHN P. FITZGERALD, III,

Trustee - Appellee,

and

JANET MARIE MEIBURGER, Chapter 7 Trustee,

Trustee.

_____

**No. 21-1434**
_____

BEN POURBABAI,

Debtor - Appellant,

v.

JOHN P. FITZGERALD, III,

Trustee - Appellee,

and

JANET MARIE MEIBURGER, Chapter 7 Trustee,

Trustee.

_____

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Rossie David Alston, Jr., District Judge, and Liam O'Grady, Senior District Judge. (1:20-cv-00910-LO-MSN; 1:20-cv-00849-LO-MSN; 1:20-cv-00015-LO-MSN; 1:20-cv-00735-LO-MSN; 1:19-cv-00401-RDA-JFA)

_____

Submitted: October 19, 2021                    Decided: October 21, 2021

_____

3

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and SHEDD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ben Pourbabai, Appellant Pro Se. Hugh Michael Bernstein, Baltimore, Maryland, Michael T. Freeman, OFFICE OF THE UNITED STATES TRUSTEE, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Ben Pourbabai appeals the district court's orders denying a number of postjudgment motions and imposing a prefiling injunction. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pourbabai v. Fitzgerald*, No. 1:20-cv-00910-LO-MSN (E.D. Va. Sept. 4, 2020 & entered Sept. 8; filed Sept. 17, 2020 & entered Sept. 18, 2020); *Pourbabai v. Skopic*, No. 1:20-cv-00849-LO-MSN (E.D. Va. filed Sept. 4, 2020 & entered Sept. 8, 2020; filed Sept. 17, 2020 & entered Sept. 18, 2020); *Pourbabai v. Fitzgerald*, No. 1:20-cv-00015-LO-MSN (E.D. Va. Sept 4, 2020 & entered Sept. 8, 2020; filed Sept. 17, 2020 & entered Sept. 18, 2020; Mar. 30, 2021); *Pourbabai v. Unknown*, No. 1:20-cv-00735-LO-MSN (E.D. Va. Sept. 4, 2020 & entered Sept. 8, 2020; filed Sept. 17, 2020 & entered Sept. 18, 2020); *In re Pourbabai*, No. 1:19-cv-00401-RDA-JFA (E.D. Va. Sept. 9, 2020). We deny as moot Pourbabai's motion to proceed pro se and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*